UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FINLEY, #266147, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 2:17-149 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MANDI SALMI, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| TIMOTHY FINLEY, #266147, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 2:17-159 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| STEVE MLEKO, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims in these consolidated cases. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THESE ACTIONS ARE TERMINATED.**

**IT IS SO ORDERED.**

Date: October 8, 2019                                            /s/ Paul L. Maloney
                                                                                           Paul L. Maloney
                                                                                           United States District Judge